Local Form 5009-1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE                                                        CASE NO: 13-22002

**GARY RODERICK**

**EVA RODERICK**                                             JUDGE WISE

**DEBTORS**                                                  CHAPTER 13

## CHAPTER 13 ORDER DECLARING MORTAGE SATISFIED

This matter is before the Court on the Debtor's motion to declare liens satisfied pursuant to Federal Rule of Bankruptcy Procedure 5009(d). The Debtor represents that the following secured claim or claims have been satisfied and the related lien has been released under the terms of the Debtor's confirmed plan [ECF No. 46]:

| Name of Lienholder | Recording Office | Book/Page or Filing Number |
|---|---|---|
| Seterus, Inc. | Campbell County Kentucky | 450/ 514 16 pg |
|  |  |  |
|  |  |  |

It is ORDERED the lien or liens described above are deemed satisfied and no longer have any force or effect. The Lienholder shall release the lien or liens within 30 days of the entry of this Order. If the Lienholder fails to act within 30 days, the Debtor is authorized to present this Order to the applicable recording office and the designated recording officer shall note the release in the applicable lien records.

US Trustee
Ustpregion8.lx.ecf@dojgov

Hon. Beverly Burden

Gary & Eva Roderick
9311 Flagg Springs Pike
California, KY  41007

Campbell County Clerk
1098 Monmouth Street
Newport, KY  41071

Seterus, Inc
PO Box 1047
Hartford, CT  06143-1047

Seterus
Registered Agent
Ct Corporation Systems
306 W. Main Street
Suite 512
Frankfort, KY  40601

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 06, 2018**
**(tnw)**